**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Christopher J. Ivanov,

                Plaintiff,              21 **CIVIL** 5946 (SDA)

     -v-                       **JUDGMENT**

Kilolo Kijakazi,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 25, 2023, the Plaintiff's motion is GRANTED, the Commissioner's cross-motion is DENIED and this action is remanded for further proceedings consistent with the Opinion and Order.

**Dated:**  New York, New York
          March 27, 2023

                                            **RUBY J. KRAJICK**

                                              _____
                                                   **Clerk of Court**

                        **BY:**      *K. Mango*

                                              _____
                                                   **Deputy Clerk**